**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 17-2390**

─────────────

In re:  TRAVIS WILKINS,

           Petitioner.

─────────────

On Petition for Writ of Habeas Corpus.

─────────────

Submitted:  March 29, 2018                          Decided:  April 2, 2018

─────────────

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Petition dismissed by unpublished per curiam opinion.

─────────────

Travis Wilkins, Petitioner Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Wilkins, a North Carolina state prisoner, has filed in this court a petition for an original writ of habeas corpus. Wilkins alleges that he is being held in pretrial custody in violation of the United States Constitution, and seeks immediate release and dismissal of the charges against him. This court ordinarily declines to entertain original habeas corpus petitions under 28 U.S.C. § 2241 (2012), and this case provides no reason to depart from this practice. Moreover, we find that the interest of justice would not be served by transferring the case to the district court, *see* 28 U.S.C. §§ 1631, 2241(b) (2012), as Wilkins has filed a similar petition in the district court. *See Wilkins v. Harrison*, No. 05:18-hc-02005-FL (E.D.N.C.). Accordingly, we deny leave to proceed in forma pauperis and dismiss Wilkins' petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*